809 A.2d 900

COMMONWEALTH of Pennsylvania, Appellee,

v.

Willis PRYOR, Appellant.

No. 25 EAP 2002.

Supreme Court of Pennsylvania.

Oct. 21, 2002.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of October, 2002, the Petition to Remand for New Trial is granted.